## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **TERENCE VUGUSI CHIE #A203-600-702** | **CASE NO.  1:21-CV-00494 SEC P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ALEJANDRO MAYORKAS** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### MEMORANDUM ORDER

On February 22, 2021, a petition for writ of habeas corpus was filed by the plaintiff.  On March 31, 2021, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to sign and return the civil rights suit and/or IFP application.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the petition for writ of habeas corpus submitted by the plaintiff on February 22, 2021, be, and hereby is, stricken from the record.

SIGNED on Thursday, May 6, 2021.

Joseph H. L. Perez-Montes
United States Magistrate Judge